IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Grimm Brothers Realty Co.          :
                                           :
                                           :
                                           :
         Debtor                            :
                                           :   Case No. 17-13697-MDC
                                           :
                                           :   Chapter 11

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Federal rules of Bankruptcy Procedure 2002(e), 9007 and 9010(b), please enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Labor and Industry, Unemployment Compensation Fund, a creditor and/or an interested party in the above captioned case.

Kindly add my office to the mailing matrix and send all notices to the address listed below.

/s/Carla P. Arias

Carla P. Arias
Department of Labor & Industry
651 Boas Street, 10th Floor
Harrisburg, PA  17121
PA ID #319389
Telephone:  (717) 787-4186
Fax:  (717) 787-1303
carias@pa.gov

Dated: December 29, 2017