**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  **GRIMM BROTHERS**    : CHAPTER 11
  **REALTY Co.**    :
                        : No.17-13697(mdc)

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly enter my appearance on behalf of Madeline Rice in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

                            **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
        William J. Levant, Esquire
        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
        910 Harvest Drive
        Post Office Box 3037
        Blue Bell, PA 19422
        (610)260-6000
        (610)684-2020 – Telecopier
        wlevant@kaplaw.com
        Counsel for Madeline Rice

Date : June 26, 2020

(N.B. I hereby certify that on the date set forth above, I sent a copy of this Entry of Appearance to the Debtor, at 837 Swede Street, Norristown, PA 19401, by first class mail).