FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| GRIMM BROTHERS REALTY CO. | : | CHAPTER 11 |
|  | : |  |
|  | : | Case No. 17-13697 (MDC) |

## OBJECTION TO APPLICATION TO APPROVE THE RETENTION OF STAR REAL ESTATE GROUP, INC.

1. The court issued an order on May 15, 2020, converting debtor's chapter 11 bankruptcy to chapter 7. Docket #311.

2. Debtor filed a motion for reconsideration of the court's order converting the Chapter 11 bankruptcy to chapter 7. Docket #332, 333, 334

3. Debtor's filing this same day a supplement to the above Motion for Reconsideration a Stay Motion yet to be entered on the docket.

4. An application was filed by the chapter 7 trustee to approve the retention of Star real estate group as the real estate broker. Docket #359

5. The court has already issued an order employing George Korkus Junior as realtor for the debtor. Docket #103

WHEREFORE debtor respectfully request the court deny the application for the retention of Star Real Estate Group, Inc. as a real estate broker.

Dated: June 24, 2020

Gary Grimm
Grimm Brothers Realty Company
837 Swede St.
Norristown, PA, 19401
610 – 277-7770

1



FILED
JUN 24 2020
BY TIMOTHY McGRATH, CLERK
DEP. CLERK