## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
  **GRIMM BROTHERS**    : CHAPTER 11
  **REALTY Co.**    :
                        : No.17-13697(mdc)

### ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK :**

Kindly enter my appearance on behalf of Tyler Shipley in the above. All parties shall serve notices directed to my client upon me at the address appearing below.

        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
      William J. Levant, Esquire
      **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
      910 Harvest Drive
      Post Office Box 3037
      Blue Bell, PA 19422
      (610)260-6000
      (610)684-2020 – Telecopier
      wlevant@kaplaw.com
      Counsel for Tyler Shipley

Date : July 1, 2020