UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | : Chapter 7 |
| | : |
| GRIMM BROTHERS REALTY CO., | : Case No. 17-13697 (MDC) |
| | : |
| Debtor. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2021, he caused a true and correct copy of the foregoing Motion of Terry P. Dershaw, as Chapter 7 Trustee, for an Order Pursuant to 11 U.S.C. §554 and Federal Rule of Bankruptcy Procedure 6007 Authorizing Abandonment of 837 Swede Street, Norristown, Pennsylvania, certain uncollected rents and miscellaneous assets, via the Court's CM/ECF electronic filing system and all parties who have requested notice and by U.S. first class mail or electronic mail upon the following:

| | |
|---|---|
| Glenn A. Brown, Esquire<br>Real World Law, P.C.<br>6774 Market Street<br>Upper Darby, PA 19082 | Erik B. Jensen, Esquire<br>Jensen Bagnato, PC<br>1500 Walnut Street, Suite 1920<br>Philadelphia, PA 19102 |
| Alexander Moretsky, Esquire<br>Moretsky Law Firm<br>2617 Huntingdon Pike<br>Huntingdon Valley, PA 1900 | Joshua Louis Thomas, Esquire<br>Joshua L. Thomas & Associates<br>1110 Pocopson Road, PO Box 415<br>Pocopson, PA 19366 |
| Kevin P. Callahan<br>United States Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106-2912 | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106-2912 |
| Gary Grimm<br>Grimm Brothers Realty Company<br>837 Swede Street<br>Norristown, PA 19401 | Robert Morris, Esquire<br>rmmorris@morrisadelman.com |

          */s/ Jeffrey Kurtzman*
          JEFFREY KURTZMAN, ESQUIRE